IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH PAUL BOOKWALTER, | : |
| Plaintiff | : |
|  | :   CIVIL NO. 1:CV-15-1291 |
| vs. | : |
|  | :   (Judge Caldwell) |
| WARDEN KEEN, *et al.*, | : |
| Defendants | : |

*O R D E R*

AND NOW, this 3rd day of April, 2017, in accordance with the accompanying memorandum, it is ordered that:

   1. Defendant Edwards' unopposed Motion for Summary Judgment (ECF No. 26) is granted.

   2. The Clerk of Court is directed to close this case.

   3. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge